ANNA LEWIS, Appellant, *v.* HESTER STEVENSON et al., as Executors of GEORGE STEVENSON, Deceased, Respondents.

Submitted May 29, 1950; decided October 5, 1950.

Motion for reargument of appeal and, if granted, to be heard orally thereon granted and case set down for argument during the November, 1950, session. [See 300 N. Y. 732.]

ROBERT J. LATOURELLE, as Administrator of the Estate of MARGARET C. LATOURELLE, Deceased, Appellant, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

Submitted October 2, 1950; decided October 5, 1950.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 301 N. Y. 103.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL LESSER, Appellant.

Submitted October 2, 1950; decided October 5, 1950.

*Samuel Lesser,* in person, for motion.

No one opposed.

Motion for leave to appeal, etc., dismissed for want of jurisdiction.